**DISMISS; Opinion Filed February 5, 2015.**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-01301-CV

**LARRY SPENCER, Appellant**
**V.**
**ELEGANT INVESTMENT GROUP, Appellee**

**On Appeal from the County Court at Law No. 5**
**Dallas County, Texas**
**Trial Court Cause No. CC-14-04860-E**

## MEMORANDUM OPINION

Before Justices Lang, Stoddart, and Schenck
Opinion by Justice Stoddart

The filing fee, docketing statement, and clerk's record in this case are past due. By postcard dated October 13, 2014 we notified appellant the $195 filing fee was due. We directed appellant to remit the filing fee within ten days and expressly cautioned appellant that failure to do so would result in dismissal of the appeal. Also by postcard dated October 13, 2014, we notified appellant the docketing statement had not been filed in this case. We directed appellant to file the docketing statement within ten days. We cautioned appellant that failure to do so might result in dismissal of this appeal. By letter dated December 1, 2014, we informed appellant the clerk's record had not been filed because appellant had not paid for or made arrangements to pay for the clerk's record. We directed appellant to provide verification of payment or arrangements to pay for the clerk's record or written documentation that appellant had been found to be entitled to proceed without payment of costs. We cautioned appellant that failure to

do so would result in the dismissal of this appeal without further notice.  To date, appellant has not paid the filing fee, filed the docketing statement, provided the required documentation, or otherwise corresponded with the Court regarding the status of this appeal.

Accordingly, we dismiss this appeal.  *See* TEX. R. APP. P. 37.3(b); 42.3(b), (c).


/Craig Stoddart/
CRAIG STODDART
JUSTICE

141301F.P05



## Court of Appeals
## Fifth District of Texas at Dallas

# JUDGMENT

LARRY SPENCER, Appellant

No. 05-14-01301-CV        V.

ELEGANT INVESTMENT GROUP,
Appellee

On Appeal from the County Court at Law
No. 5, Dallas County, Texas
Trial Court Cause No. CC-14-04860-E.
Opinion delivered by Justice Stoddart.
Justices Lang and Schenck participating.

In accordance with this Court's opinion of this date, this appeal is **DISMISSED**.

It is **ORDERED** that appellee ELEGANT INVESTMENT GROUP recover its costs of this appeal from appellant LARRY SPENCER.

Judgment entered this 5th day of February, 2015.